UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
RAMON SANCHEZ-ROSSIS,

                Plaintiff,

      -against-                             18-cv-8471 (LAK)

THE CITY OF NEW YORK, et al.,

                Defendants.
------------------------------------------x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

       The action is dismissed without prejudice for the reasons stated in the report and recommendation of Magistrate Judge Henry Pitman to which no objection has been filed. The Clerk shall close the case.

       SO ORDERED.

Dated:     August 17, 2019

                                                Lewis A. Kaplan
                                         United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/19/2019